UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-62783-CIV-LENARD/GOODMAN

CAROLE AUGUSTIN,

    Plaintiff,

vs.

MORAN FOODS, LLC d/b/a
SAVE-A-LOT, a foreign limited
corporation,

    Defendant.
_____/

**DEFENDANT, MORAN FOODS NOTICE OF SERVING
PROPOSAL FOR SETTLEMENT UPON PLAINTIFF, CAROLE AUGUSTIN**

    Defendant, MORAN FOODS, LLC D/B/A SAVE-A-LOT, A FOREIGN LIMITED CORPORATION, by and through the undersigned attorneys, hereby file this Notice of Serving Proposal for Settlement upon the Plaintiff, CAROLE AUGUSTIN, in accordance with Florida Statute §768.79 and the Court's Diversity Jurisdiction.

    Respectfully submitted,

    s/Wesley L. Catri_____
    WESLEY L. CATRI, FBN 171503
    **wcatri@chkklaw.com**
    CATRI, HOLTON, KESSLER & KESSLER, P.A.
    633 South Andrews Avenue
    Third Floor
    Fort Lauderdale, FL 33301
    Telephone: (954) 463-8593
    Facsimile: (954) 462-1303
    Attorneys for MORAN FOODS, LLC d/b/a SAVE-A-LOT

**CASE NO. 14-62783-CIV-LENARD/GOODMAN**

2 | P a g e

### **CERTIFICATE OF SERVICE**

**I hereby certify** that a true and correct copy of the foregoing was served via **Email** on the 25th day of February, 2015, on all counsel or parties of record on the below Service List.

/s/Wesley L. Catri
WESLEY L. CATRI, ESQUIRE

### **SERVICE LIST**

| Jonel Lemy, Esquire | Wesley L. Catri, Esquire |
|---|---|
| Email: jonellemy@lemylaw.com; | Email: wcatri@chkklaw.com |
| Law Offices of Jonel Lemy, P. A. | Catri, Holton, Kessler & Kessler, P.A. |
| 2701 W. Oakland Park Boulevard | The Litigation Building, Third Floor |
| Suite 240 | 633 South Andrews Avenue |
| Fort Lauderdale, FL  33311 | Fort Lauderdale, Florida 33301 |
| Telephone:  (954) 561-1265 | Telephone:  (954) 463-8593 |
| Facsimile:  (954) 561-1836 | Facsimile:  (954) 462-1303 |
| Primary Email:  jonellemy@lemylaw.com | Primary Email:  pleadingswlc@chkklaw.com |
| Secondary Email:  gerrylindor@lemylaw.com | Secondary Email:  pleadingswec@chkklaw.com |
| *Counsel for Plaintiff, Carole Augustin* | Secondary Email: pleadings@chkklaw.com |
| | *Counsel for Defendant, Moran Foods, LLC d/b/a Save-A-Lot* |